USCA1 Opinion

 

 NOT FOR PUBLICATION UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1646 UNITED STATES, Appellee, v. KHAMTAN SINE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Thomas G. Briody on brief for appellant. ________________ Sheldon Whitehouse, United States Attorney, Margaret E. Curran, __________________ ___________________ Assistant United States Attorney, and Zechariah Chafee, Assistant _________________ United States Attorney, on brief for appellee. ____________________ February 5, 1997 ____________________ Per Curiam. Khamtan Sine appeals from the sentence ___________ imposed following his guilty plea to two counts of distributing crack cocaine. Appellant's sole argument is that the district court erred in concluding that the government agent's conduct -- in requesting appellant to convert cocaine powder into its crack form and in assisting in the conversion on one occasion -- did not amount to "extraordinary misconduct." See United States v. Montoya, 62 ___ _____________ _______ F.3d 1, 4 (1st Cir. 1995). Such a judgment by the district court "is not lightly to be disregarded." Id. The district ___ court did not clearly err in finding that there were neither threats nor coercion in this case. Nor was there any indication of illegitimate motives on the part of the government agent involved. We agree with the district court that this is a "garden variety" sentencing factor manipulation claim. See id.  ___ ___ Appellant's sentence is affirmed. See Loc. R. 27.1. ________ ___ -2-